IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISIAH LUCAS, JR.,

        Plaintiff,

  v.

M. MIRANDA, et al.,

        Defendants.

_____/

No. C 07-01673 CW (PR)

ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION

    Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' dispositive motion. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.  The time in which Plaintiff may file his opposition to Defendants' dispositive motion will be extended up to and including August 30, 2010.

    If Defendants wish to file a reply brief, they shall do so no later than fifteen (15) days after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 33.

    IT IS SO ORDERED.

Dated: 7/12/2010

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ISIAH LUCAS JR.,

           Plaintiff,

  v.

M. MIRANDA et al,

           Defendant.
_____/

Case Number: CV07-01673 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isiah  Lucas E-91878
California State Prison-Solano
2100 Peabody Road
Vacaville,  CA 95696

Nancy  Hudgins
Law Offices of Nancy E. Hudgins
565 Commercial Street, 4th Floor
San Francisco,  CA 94111

Dated: July 12, 2010

                        Richard W. Wieking, Clerk
                        By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California

2