IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISIAH LUCAS, JR.,

       Plaintiff,

  v.

M. MIRANDA, et al.,

       Defendants.
                            /

No. C 07-01673 CW (PR)

ORDER REINSTATING JULY 12, 2010 BRIEFING SCHEDULE

    Plaintiff Isiah Lucas, Jr., a state prisoner incarcerated at California State Prison - Solano, filed this civil rights action under 42 U.S.C. § 1983. Defendants filed a dispositive motion. Plaintiff's opposition was due on August 30, 2010.

    On July 21, 2010, Plaintiff filed a motion to stay proceedings. In an Order dated August 4, 2010, the Court denied Plaintiff's request for a stay but granted him an extension of time to file his opposition, to September 30, 2010.

    Also on August 4, 2010, the Court received Plaintiff's motion to withdraw his motion to stay proceedings. Plaintiff states that he "is no longer in need of the requested STAY and/or ENLARGEMENT OF TIME." (Mot. to Withdraw at 1.) He states that he "will submit his motion in objection to the Defendant's [sic] motion to dismiss, within the already prescribed time of August 30, 2010." (Id.)

    Because Plaintiff is no longer in need of an extension of time to file his opposition, his motion to withdraw the motion to stay is granted and the Court reinstates the briefing schedule previously set. Plaintiff's opposition is due on

August 30, 2010, and if Defendants wish to file a reply brief, they shall do so no later than fifteen (15) days after the date Plaintiff's opposition is filed.

    IT IS SO ORDERED.

Dated: 8/5/2010

*Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ISIAH LUCAS JR.,

        Plaintiff,

v.

M. MIRANDA et al,

        Defendant.

Case Number: CV07-01673 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isiah Lucas E-91878
California State Prison-Solano
2100 Peabody Road
Vacaville, CA 95696

Dated: August 5, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3